KAMER ZUCKER ABBOTT
Scott M. Abbott #4500
Jody M. Florence #6645
6325 South Jones Boulevard, Suite 300
Las Vegas, Nevada 89118
Tel: (702) 259-8640
Fax: (702) 259-8646
sabbott@kzalaw.com
jflorence@kzalaw.com

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GLYNIS COLLINS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>TRULINE CORPORATION, a Nevada Corporation,<br><br>Defendant. | Case No. 2:26-cv-00903-GMN-DJA<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties, by and through their respective counsel of record, hereby stipulate and request that the above-captioned case be dismissed in its entirety *with prejudice*.

///

///

///

///

///

///

///

Each party is to bear their own attorneys' fees and costs, except as otherwise provided.

Dated this 23rd day of September 2026.

GREENBERG GROSS LLP

/s/ *John M. Orr*
Jemma E. Dunn #16229
Matthew T. Hale #16880
John M. Orr #14251
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
Telephone: (702) 777-0888

*Attorneys for Plaintiff*
*Glynis Collins*

KAMER ZUCKER ABBOTT

/s/ *Scott M. Abbott*
Scott M. Abbott #4500
Jody M. Florence #6645
6325 South Jones Boulevard, Suite 300
Las Vegas, Nevada 89118
Telephone: (702) 259-8640

*Attorneys for Defendant*
*Truline Corporation*

**ORDER**

**IT IS SO ORDERED.**

**DATED** this 25 day of September, 2026.

Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT